IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02418-PAB-MJW

MELISSA MELLOTT,

Plaintiff(s),

v.

MSN COMMUNICATIONS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (docket no. 12) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 12-2) is APPROVED as amended in paragraph 15 and made an Order of Court.

It is FURTHER ORDERED that Defendant MSN Communications, Inc.'s Motion to Compel Plaintiff to Comply with Court Order to Provide Consent for Production of Personal Email Accounts (docket no. 10) is GRANTED.  The Plaintiff has failed to file any timely response to the subject motion (docket no. 10), and this court deems the motion confessed.  That Plaintiff shall provide to Defendant fully executed consent forms and deliver them to the Defendant's counsel and to Microsoft and Yahoo, on or before February 16, 2010.  Each party shall pay their own attorney fees and costs for this motion.

Date:  February 2, 2010