IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02418-PAB-MJW

MELISSA MELLOTT,

Plaintiff(s),

v.

MSN COMMUNICATIONS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant MSN Communications, Inc.'s Motion to Compel Supplemental Discovery Responses (docket no. 16) is GRANTED IN PART AND DENIED IN PART. The subject motion (docket no. 16) is GRANTED as to Interrogatory 23 only. Plaintiff shall respond to Interrogatory 23 as follows by March 29, 2010. Plaintiff shall provide to Defendant the name and contact information for any federal agent that she has spoken with concerning the alleged federal investigation. The remainder of the subject motion (docket no. 16) is DENIED noting that Plaintiff has provided supplemental responses to the remainder of the discovery requested in the subject motion (docket no. 16). Each party shall pay their own attorney fees and costs for this motion.

Date: March 16, 2010