IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02418-PAB-MJW

MELISSA MELLOTT,

Plaintiff(s),

v.

MSN COMMUNICATIONS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant MSN Communications, Inc.'s Motion for Leave to Take a Two-Day Deposition of Plaintiff (docket no. 30) is GRANTED as follows. That good cause has been shown to allow additional time beyond seven (7) hours to take Plaintiff's deposition. See Fed. R. Civ. P. 30(d)(1). The court will allow Defendant eleven (11) hours to take Plaintiff's deposition as a maximum.

Date: April 15, 2010