IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02418-PAB-MJW

MELISSA MELLOTT,

Plaintiff(s),

v.

MSN COMMUNICATIONS, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant MSN Communications, Inc.'s Motion for Protective Order (docket no. 29) is GRANTED. Plaintiff has failed to file any timely response to this motion. Accordingly, the Plaintiff has confessed this motion. The depositions of the six (6) MSN representatives in the Plaintiff's Second Amended Notice of Depositions are VACATED. The parties shall meet and confer forthwith and reset these depositions. Each party shall pay their own attorney fees and costs for this motion.

Date: April 27, 2010