IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02418-PAB-MJW

MELISSA MELLOTT,

Plaintiff,

v.

MSN COMMUNICATIONS, INC.,

Defendant.

---

## ORDER GRANTING MSN COMMUNICATIONS, INC.'S MOTION FOR PROTECTIVE ORDER (Docket no. 41)

---

THIS MATTER, coming before the Court on Defendant MSN Communication Inc.'s ("MSN") Motion for Protective Order, the Court, being fully advised in the premises;

HEREBY ORDERS that the Motion is GRANTED. Plaintiff's Third Amended Notice of Depositions is hereby stayed pending the Court's ruling on MSN's Motion to Dismiss Plaintiff's Complaint and for Attorneys' Fees (Docket no. 51)

DONE IN OPEN COURT this 26Th day of ~~June~~ July, 2010.

BY THE COURT

_/s/ Michael J. Watanabe_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO