IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02418-PAB-MJW

MELISSA MELLOTT,

Plaintiff,

v.

MSN COMMUNICATIONS, INC.,

Defendant.

---

**ORDER GRANTING MSN COMMUNICATIONS, INC.'S MOTION TO STAY DISCOVERY AND CASE MANAGEMENT DEADLINES** ( Docket No. 52 )

---

THIS MATTER, coming before the Court on Defendant MSN Communication Inc.'s ("MSN") Motion to Stay Discovery and Case Management Deadlines, the Court, being fully advised in the premises;

HEREBY ORDERS that the Motion is GRANTED. All Discovery and Case Management Deadlines are hereby stayed until resolution of the pending Motion to Dismiss ( Docket no. 51 ) by this Court.

DONE IN OPEN COURT this 26th day of July, 2010.

BY THE COURT

/s/ Michael J. Watanabe