IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02418-PAB-MJW

MELISSA MELLOTT,

Plaintiff,

v.

MSN COMMUNICATIONS, INC.,

Defendant.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby **ORDERED** that Defendant MSN Communications, Inc.'s Motion for Order Directing Plaintiff to Consent to Release of Her Social Security File (docket no. 88) and Defendant MSN Communications, Inc.'s Motion for Leave to Issue Subpoena to Qwest Corporation (docket no. 91) are **both DENIED**. This court has **STAYED** discovery in this case at the request of Defendant MSN Communications, Inc. until Judge Brimmer rules on Defendant MSN Communications, Inc.'s Motion to Dismiss Plaintiff's Complaint and for Attorneys' Fees and Costs (docket no. 51). See Order Granting MSN Communications, Inc.'s Motion to Stay Discovery and Case Management Deadlines (docket no. 70). Defendant MSN Communications, Inc. cannot have its "cake and eat it too."

Date: September 21, 2010