IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02418-PAB-MJW

MELISSA MELLOTT,

Plaintiff(s),

v.

MSN COMMUNICATIONS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion for Reconsideration of the Magistrate Judge's Order Denying Her Motion to Reset the October 27, 2010 Hearing (docket no. 122) is DENIED. As of the date of this minute order, this case has not been dismissed. Accordingly, I find no basis in law or fact to grant the relief sought in this motion.

Date: October 26, 2010