IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02418-PAB-MJW

MELISSA MELLOTT,

Plaintiff,

v.

MSN COMMUNICATIONS, INC.,

Defendant.

---

**ORDER REGARDING MSN COMMUNICATIONS, INC.'S MOTION FOR COURT ORDER TO PLAINTIFF TO SURRENDER PASSPORT, AND FOR EXPEDITED RULING** (D.N. 126)

---

THIS MATTER, coming before the Court on MSN's Motion for Court Order to Plaintiff to Surrender Passport, and for Expedited Ruling, the Court, being fully advised in the premises;

HEREBY ORDERS that Plaintiff may have until November 2, 2010 to submit her response to MSN Communication's Inc's Motion, and MSN Communications Inc. may then have until November 4, 2010 to reply. The Court will then take the matter under advisement for ruling.

DONE this 28TH day of October, 2010.

BY THE COURT

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO