# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.** 09-cv-02418-PAB-MJW          FTR - Courtroom A-502

**Date:** November 10, 2010          Courtroom Deputy, Ginny Kramer

| *Parties* | *Counsel* |
|---|---|
| MELISSA MELLOTT, | John R. Olsen |
| Plaintiff, | |
| v. | |
| MSN COMMUNICATIONS, INC., | Julie M. Walker |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING: MOTION HEARING Day 2**
re: Defendant's Motion for Court Order to Plaintiff to Surrender Passport, and for Expedited Ruling [Docket No. 126]

**Court in session: 7:57 a.m.**
Court calls case. Appearances of counsel.

The Court raises Defendant's Motion for Court Order to Plaintiff to Surrender Passport for argument.

Court had ordered Ms. Mellott to make available to the Court the passports for her six children.

Mr. Olsen does not have the original passports to present to the court.

Statements to the Court by Ms. Melissa Mellot.

Statements to the Court by Mr. Olsen.

**It is ORDERED:**

    1.    That this hearing is continued to **Tuesday, November 16, 2010, at 1:30 p.m.**

    2.    Defendant's MOTION FOR COURT ORDER TO PLAINTIFF TO SURRENDER PASSPORT, AND FOR EXPEDITED RULING [Docket No. 126, Filed October 28, 2010, is **TAKEN UNDER ADVISEMENT**.

3. Both counsel are ordered to subpoena Mr. Jason Mellott, and serve a subpoena duces tecum to Mr. Jason Mellott to produce the passports of the six children requested by the Court for the hearing on **November 16, 2010, at 1:30 p.m.**

4. The Court orders all parties and counsel that are present at today's hearing, shall appear for the hearing on **November 16, 2010, at 1:30 p.m.** Failure to appear by any of the parties, including counsel at the hearing will result in a warrant for your arrest.

5. That by **12:00 noon on Monday, November 15, 2010**, counsel for the parties shall provide the Court with their legal briefs concerning the issue regarding any law which suggests under British Law or United States Law that prohibits a United States citizen that is working in England and working for the British government, who has been issued a British passport and a British work visa any law that prohibits that person from bringing their British passport and British work visa to the United States District Court for review, in practically noting that the person suggesting that is a United States citizen.

6. The Court advises all parties and counsel that they are still ordered to appear in front of Judge Brimmer on **December 21, 2010, at 8:30 a.m.  A  SHOW CAUSE HEARING is scheduled for DECEMBER 21, 2010 at 10:30 a.m.**  or before if the hearing with Judge Brimmer is concluded before 10:30 a.m., in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

7. That the plaintiff, Ms. Melissa Mellott is **ORDERED** to produce the passports for her six children at the hearing on Monday, November 16, 2010, at 1:30 p.m.

8. That the original passport and the copy of Ms. Melissa Mellott shall be sealed and not opened until further ordered by the Court.

Hearing continue.

**Court in recess:    8:21 a.m.**
Total In-Court Time: 00:24 minutes

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or Toll Free    1-800-962-3345.