IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-02418-PAB-MJW

MELISSA MELLOTT,

    Plaintiff,

v.

MSN COMMUNICATIONS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant's motion for leave to present testimony by telephone during the hearing set for December 21, 2010 [Docket No. 154]. Defendant does not provide a sufficient basis upon which the Court can determine the merits of the motion. Instead, defendant requests that "certain out-of-state witnesses" be permitted to appear by telephone to provide testimony "on discrete factual issues." Docket No. 154 at 1. Therefore, it is

    **ORDERED** that defendant's motion for leave to present testimony by telephone during the hearing set for December 21, 2010 [Docket No. 154] is DENIED. Defendant is granted leave to renew its request by a motion which identifies the proposed telephone witnesses and describes the nature of their testimony.

    DATED November 22, 2010.