**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks  Date: December 27, 2010
Court Reporter: Janet Coppock  Time: 2 hours and 11 minutes

**CASE NO. 09-cv-02418-PAB-MJW**

<u>Parties</u>  <u>Counsel</u>

**MELISSA MELLOTT,**  John Olsen

Plaintiff (s),

vs.

**MSN COMMUNICATIONS, INC.,**  Raymond Martin
 Julie Walker

Defendant (s).

**CONTINUED MOTIONS HEARING**

**9:09 a.m.  COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendant representative Doug Schuck is present.

**Defendant's Motion to Compel Disclosure of Attorney Client Communications Pursuant to the Crime Fraud Exception (Doc #140), filed 11/5/10.**

**Defendant's Motion for Attorney Fees and Costs (Doc #160), filed 11/23/10.**

Page Two
09-cv-02418-PAB-MJW
December 27, 2010

**Defendant's Motion to Seal Certain Exhibits That Will be Offered at the December 21, 2010 Hearing (Doc #180), filed 12/16/10.**

Mr. Olsen advises that the plaintiff is not present and represents to the Court that he does not believe the plaintiff wishes to testify.

Defendant's **exhibits A-56, A-30, A-32, A-33 and A-41** are identified, offered and ADMITTED over objection by Ms. Olsen.

**9:22 a.m.**   Argument by Ms. Walker. Questions by the Court.

**10:11 a.m.**   Argument by Mr. Olsen. Questions by the Court.

**11:00 a.m.**   **COURT IN RECESS**

**11:20 a.m.**   **COURT IN SESSION**

Argument by Mr. Olsen continues.

**11:43 a.m.**   Rebuttal argument by Ms. Walker.

**ORDERED:**   Defendant's Motion to Compel Disclosure of Attorney Client Communications Pursuant to the Crime Fraud Exception (Doc #140), filed 11/5/10, Defendant's Motion for Attorney Fees and Costs (Doc #160), filed 11/23/10 and Defendant's Motion to Seal Certain Exhibits That Will be Offered at the December 21, 2010 Hearing (Doc #180), filed 12/16/10, are **TAKEN UNDER ADVISEMENT.**

**11:50 a.m.**   **COURT IN RECESS**

**Total in court time:**   131 minutes

**Hearing concluded**