IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02418-PAB-MJW

MELISSA MELLOTT,

Plaintiff,

v.

MSN COMMUNICATIONS, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Withdrawal of Motion to Withdraw John R. Olsen as Plaintiff's Attorney of Record Pursuant to D.C.COLO.LCivR 83.3(D)(docket no. 245) is GRANTED. The Motion to Withdraw John R. Olsen as Plaintiff's Attorney of Record Pursuant to D.C.COLO.LCivR 83.3 (D)(docket no. 219) is WITHDRAWN. Attorney John R. Olsen remains as counsel of record for the Plaintiff.

It is FURTHER ORDERED that the Motion to Withdraw Diane M. Brown as Plaintiff's Attorney of Record Pursuant to D.C.COLO.LCivR 83.3(D)(docket no. 220) is GRANTED finding good cause shown. Attorney Diane M. Brown is WITHDRAWN as counsel of record for Plaintiff. The Clerk of Court shall remove Diane M. Brown from the CM/ECF electronic notice list.

Date: March 28, 2011