IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-02418-PAB-MJW

MELISSA MELLOTT,

    Plaintiff,

v.

MSN COMMUNICATIONS, INC.,

    Defendant.

## ORDER

On October 29, 2010, the Court granted [Docket No. 130] plaintiff's motion to dismiss with prejudice [Docket No. 121]. The Court, however, chose to delay entry of judgment until the resolution of pending collateral matters. *See, e.g.*, Def.'s Mot. for Attorneys' Fees and Costs [Docket No. 160].

Those collateral issues, however, remain unresolved and have expanded. *See, e.g.*, Advisement of Contempt [Docket No. 237]; Def.'s Mot. to Bifurcate Proceedings [Docket No. 238]; Pl.'s Mot. for Sanctions [Docket No. 248]. Consequently, the Court determines that there is no need to further delay entry of judgment. After judgment enters, the Court will retain "jurisdiction to 'consider collateral issues' including 'an award of counsel fees.'" *Lorillard Tobacco Co. v. Engida*, 611 F.3d 1209, 1218 (10th Cir. 2010)(quoting *Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 395 (1990)); *see McKissick v. Yuen*, 618 F.3d 1177, 1197 (10th Cir. 2010) ("[T]he question of attorney fees for the litigation at hand is a collateral issue, one that remains within the district

court's jurisdiction even after judgment is entered on the merits and an appeal of that judgment is underway.") (emphasis omitted); *Qureshi v. United States*, 600 F.3d 523, 525 (5th Cir. 2010) ("For example, the court may, notwithstanding dismissal of the underlying action, impose sanctions under Federal Rule of Civil Procedure 11, impose costs, impose attorney's fees, or undertake contempt proceedings.") (citations and footnote omitted).

For the foregoing reasons, it is

**ORDERED** that judgment shall enter in favor of defendant and against plaintiff. The Court retains jurisdiction over the pending collateral issues in this case.


DATED May 27, 2011.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge