IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02418-PAB-MJW

MELISSA MELLOTT,

Plaintiff(s),

v.

MSN COMMUNICATIONS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion by United States Attorney for Access to Motions Hearing Exhibits (docket no. 272) is GRANTED finding good cause shown noting that the United States Attorney for the District of Colorado has been appointed as Special Prosecutor to prosecute the contempt citations [docket nos. 131, 150 and 205 as amended in docket no. 209] against Plaintiff Melissa Mellott. See Order Regarding [Defendant's] Motion Seeking Leave for Wheeler Trigg O'Donnell LLP to Withdraw from Prosecution of Contempt Citation (docket no. 257). The United States Attorney for the District of Colorado may inspect and obtain copies of exhibits that were received in evidence at various hearings on pretrial motions and other prior proceedings in this case and may use such exhibits in the prosecution of the contempt citations [ docket nos. 131, 150 and 205 as amended in docket no. 209] against Plaintiff Melissa Mellott. The contempt hearing is set before Judge Phillip Brimmer on June 15, 2011, at 1:30 p.m.

Date: May 31, 2011