**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Ellen E. Miller          Date: June 15, 2011
Court Reporter: Janet Coppock              Time: 48 minutes

**CASE NO.  09-cv-02418-PAB-MJW**

| Parties | Counsel |
|---|---|
| MELISSA MELLOTT, | John R. Olsen |
| Plaintiff (s), | |
| vs. | |
| MSN COMMUNICATIONS, INC., | - - - - - - |
| Defendant (s). | |
| UNITED STATES ATTORNEY'S OFFICE, | Kenneth M. Harmon |
| Interested Party. | |

**CONTEMPT HEARING**

**1:30  p.m.    COURT IN SESSION**

Appearances of counsel.  Defendant Melissa Mellott is present.

The Court places the case in its current posture.
Determination as to whether the contempt is civil or criminal will be addressed.

**2:15 p.m.**     Court takes a brief recess.

*09-cv-02418-PAB-MJW*
*Contempt Hearing*
*June 15, 2011*

**2:22 p.m.**      Court is in session.

**ORDERED:**   A Status Conference is set before Magistrate Judge Watanabe on **July 21, 2011 at 9:30 a.m.**

**ORDERED:**   Defendant Melissa Mellott shall appear in person at the Status Conference currently set before Magistrate Judge Watanabe on July 21, 2011 at 9:30 a.m.

At this time, Mr. Harmon is directed to appear at the Status Conference on behalf of the United States.

**ORDERED:**   United States Attorney's MOTION BY UNITED STATES ATTORNEY FOR ORDER SETTING HEARING AS TO STATUS OF COUNSEL FOR CONTEMPT PROCEEDINGS [Docket No. **289**, Filed June 13, 2011] is **HELD IN ABEYANCE.**

**2:25 p.m.      COURT IN RECESS**

**Total in court time:   48   minutes**

**Hearing concluded**