IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-02418-PAB-MJW

MELISSA MELLOTT,

    Plaintiff,

v.

MSN COMMUNICATIONS, INC.,

    Defendant.

## ORDER

This matter is before the Court on Plaintiff's Status Report Re: September 30, 2011 Order (the "Status Report") [Docket No. 312]. On September 30, 2011, the Court ordered, *inter alia*, that plaintiff pay $25,000.00 into the Registry of the Court by December 31, 2011. *See* Docket No. 311 at 43. In the Status Report, plaintiff's counsel informs the Court that he has been unable to confirm that plaintiff has received a copy of the September 30 Order. Therefore, it is

**ORDERED** that the U.S. Marshals Service shall personally serve a copy of the Court's September 30 Order [Docket No. 311] upon plaintiff Melissa Mellott.

DATED October 17, 2011.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge