IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02418-PAB-MJW

MELISSA MELLOTT,

    Plaintiff,

v.

MSN COMMUNICATIONS, INC.,

    Defendant.

---

**ORDER**

---

Pursuant to the Court's oral ruling at the hearing on December 15, 2011, it is

**ORDERED** that an arrest warrant shall issue forthwith for the arrest of plaintiff Melissa Mellott.

DATED December 15, 2011.

                        BY THE COURT:

                        s/Philip A. Brimmer
                        PHILIP A. BRIMMER
                        United States District Judge