IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-02418-PAB-MJW

MELISSA MELLOTT,

    Plaintiff,

v.

MSN COMMUNICATIONS, INC.,

    Defendant.

**ORDER**

    It is **ORDERED** that a hearing is set for Friday, December 16, 2011 at 4:00 p.m. in Courtroom A701 before Judge Philip A. Brimmer. It is further

    **ORDERED** that plaintiff Melissa Mellott must be present at the hearing. It is further

    **ORDERED** that the U.S. Marshals Service shall personally serve a copy of this Order upon Melissa Mellott.

    DATED December 16, 2011.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge