# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: December 16, 2011  
Time: 10 minutes

**CASE NO.  09-cv-02418-PAB-MJW**

| Parties | Counsel |
|---|---|
| **MELISSA MELLOTT,** | John Olsen |
| Plaintiff (s), | |
| vs. | |
| **UNITED STATES ATTORNEY'S OFFICE, SPECIAL PROSECUTOR,** | Kenneth Harmon |
| Defendant (s). | |

## MOTION HEARING

**4:05  p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiff is present and in custody.

Court advises Mr. Olsen that Magistrate Judge Watanabe granted his motion to withdraw in the criminal contempt proceedings and appointed counsel from the Criminal Justice Act.

Page Two
09-cv-02418-PAB-MJW
December 16, 2011

**ORDERED:** Motion by United States Attorney for Order Setting Hearing as to Status of Counsel for Contempt Proceedings (Doc #289), filed 6/13/11 is **DENIED as MOOT.**

Discussion regarding trial setting.

**ORDERED:** Criminal Contempt Trial to Court is scheduled for **January 18, 2012 at 8:00 a.m.**

**ORDERED:** Plaintiff is REMANDED to the custody of the U.S. Marshal.

**4:15 p.m.     COURT IN RECESS**

**Total in court time:         10 minutes**

**Hearing concluded**