IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-02418-PAB-MJW

MELISSA MELLOTT,

    Plaintiff,

v.

MSN COMMUNICATIONS, INC.,

    Defendant.

_____

**ORDER**
_____

    This matter has been scheduled for a criminal contempt trial to the court on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, on **January 18, 2012 at 8:00 a.m.** It is

    ORDERED that expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall be made no later than January 6, 2012, and any challenges to such experts shall be made by January 13, 2012. It is further

    ORDERED that disclosures regarding rebuttal expert witnesses shall be made by January 13, 2012, and any challenges to such experts shall be made by January 16, 2012. It is further

    ORDERED that on or before January 13, 2012, the parties shall file via CM/ECF their witness lists and their exhibit lists. Forms of the witness and exhibit lists are found at http://www.cod.uscourts.gov/Judges/Judges.aspx. Please add at least ten additional

Case 1:09-cv-02418-PAB-MJW   Document 342   Filed 12/23/11   USDC Colorado   Page 2 of 2

blank rows at the end of the exhibit list to accommodate any additional exhibits that may be introduced at trial.

DATED December 23, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge