December 26, 2011

```
                    FILED
          UNITED STATES DISTRICT COURT
             DENVER, COLORADO

              DEC 29 2011

          GREGORY C. LANGHAM
                              CLERK
```

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**
**DENVER, COLORADO**

Subject: CASE # 09-CV-02418-PAB-MJW, MELISSA MELLOTT, Plaintiff, v. MSN Communications, Inc., Defendant.

Your Honor,

I am hereby requesting, on my own behalf, Mr. John Tender be removed as counsel on my case. The court had previously appointed Mr. Clifford Barnard who I wish to retain.

In the immediate 24 hours before my last court date on December 21st, 2011, I had not heard from any court appointed counsel therefore, I had a brief discussion with Mr. Tender about my case as an advisory resource. It was discussed with Mr. Tender if the court did not appoint me counsel in time that I may need to attempt to retain him. It was not until the same day that I learned Mr. Barnard had been appointed to me from the court.

No retainer paperwork has been executed between myself and Mr. Tender. It was always known I did not wish him to become primary on my case because I could not afford his services. Unfortunately, this is not what has happened with his motion to enter as my primary counsel during the December 21st 2011 court appearance.

My financial information is the same now as on my previous financial affidavit, if not more dire, since my extended detention has eliminated any potential income I could have earned since December 15th 2011.

I am requesting the court remove Mr. Tender as my counsel of record and reappoint me an attorney from the CJA board. I request Mr. Barnard be reappointed on my behalf. In recent discussions with Mr. Barnard, he is willing to accept the reappointment and we both feel it would be best since he is most familiar with my complete case history.

Sincerely,

*[signature: Melissa Mellott]*

Melissa Mellott
Plaintiff

cc: Ken Harmon US Attorney