IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-02418-PAB-MJW

MELISSA MELLOTT,

    Plaintiff,

v.

MSN COMMUNICATIONS, INC.,

    Defendant.

UNITED STATES ATTORNEY'S OFFICE,

    Interested Party.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's letter filed as a **Motion for Reconsideration** [Docket No. 350; Filed December 29, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **STRICKEN**. Plaintiff is represented by counsel, and it is inappropriate for her to petition the Court directly while represented. *See Lee v. Imperial Lending, LLC*, No. 06-cv-02388-ZLW-BNB, 2007 WL 3090800 (D. Colo. Oct. 18, 2007) ("Parties represented by counsel may not file papers pro se.") (citing Fed. R. Civ. P. 11(a)).

    Dated:  December 30, 2011